74312

C.O.A. 1ST DISTRICT
C/o: Christopher Prine — Clerk
301 FANNIN STREET
HOUSTON, TX. 77002 - 2066

FILED IN
1ST COURT OF APPEALS MAY 5th 2015
HOUSTON, TEXAS

MAY - 8 2015

CHRISTOPHER A. PRINE
CLERK

COA # 01-15-00351-CR

RE: Request For Courts Reporter's Record
AFFidavit OF Indigence, Docket STATEMENT

DEAR Clerk,

Please find endosed (1) one oRiginal Copy of the above aforementioned reference to be properly tender, Copied stamp file dated and served to opposing parties to this action THE STATE of TEXAS.

Please forward me a Copy of TRAP and Rules of Professional Conduct or Standard of Conduct, if available?

Your Courtesy herein is greatly appreciated!

Sincerely,
Ronney Earl Williams
3602 County Rd 45
Angleton, TX. 77515

C.O.A.# 01-15-00351-CR

RONNEY EARL WILLIAMS

vs

THE STATE OF TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 8 2015

CHRISTOPHER A. PRINE
CLERK_____

IN THE 412 DISTRICT Court

BRAZORIA County, Texas

CAUSE 74312

## Request for Court Reporter's Record
### And Affidavit of Indigence

I am Ronney Earl Williams appellant appearing Pro-se, File his Request for Courts Reporter's Record and Affidavit of Indigence pursuant to TRAP 35.1 and Show the following:

On April 15 2015 I gave Notice of Appeal pursuant to TRAP 25.2(b) Trial Court denied Motion To Suppress on March 24, 2015.

I am proceeding Pro-Se and request a Copy of the Court Reporter's Transcripts/Records and Notes taken therein of Said testimony.

THE STATE OF Texas had deemed ME a "paupers" in the Criminal proceedings in Cause No. 74312 My "Status" has Not changed and Im unable to pay reporter's fees required I am entitled to Appeal pursuant to Tex App. Rule. Pro. 35.3(b)(3) and Request copy of Courts Reporter's Record to perfect Appeal.

Wherefore Premisses, Considered, Appellant Prays this Request for Courts Reporter's Records and Affidavit of Indigence be GRANTED.

Respectfully Submitted

Ronney Earl Williams

# AFFIDAVIT OF INDIGENCE

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY - 8 2015

CHRISTOPHER A. PRINE
CLERK

This section to be filled out by Court Personnel

CAUSE #. _____

The State of Texas
vs.

In the _____ Court

Brazoria County, Texas

JP #: _____
Bond: _____

Offense _____
Level of Offense _____

All information must be completed by the defendant and must be current, accurate, and true. Intentionally or knowingly giving false information may result in your prosecution for the offense of aggravated perjury, a felony. The punishment for aggravated perjury includes imprisonment not to exceed ten (10) years and a fine not to exceed ten thousand dollars ($10,000). Please fill in all blanks. If you do not know the information being asked, enter DO NOT KNOW in the blank. If the information being asked does not apply to you, enter N/A in the blank.



## DEFENDANT'S PERSONAL INFORMATION

Name **Ronney Earl Williams #161744**
Phone Number
Street Address **3602 County Rd 45**
City, State, Zip **Angleton Texas 77515**
Social Security # **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**
Driver's License # **#18552792**
Date of Birth **02/08/60**
Name of Spouse
Dependents: **N/A**
Name(s) (list below):

| Name(s) | Age | Relation | Income |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

Are you currently in jail or in a correctional institution?
___ No
_✓_ Yes    If yes, provide name of institution: **Brazoria County Jail**

Are you currently residing in a mental health facility?
_✓_ No
___ Yes    If yes, provide name of facility:

Do you have an application pending at a mental health facility?
_✓_ No
___ Yes    If yes, provide name of facility:

FORM? Affidavit of Indigence 2010    Page 1 of 5

I have / have not (circle one) attempted to hire an attorney. The names of the attorneys I have contacted are as follows:

_____N/A_____          _____N/A_____
_____N/A_____          _____N/A_____

On this __N/A__ day of _____, 20 _____, I have been advised by the _____ Court of my right to representation by counsel to defend me as to the charge(s) pending against me. I am without means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. By signing my name below, I swear, that all of the above information about my financial condition is current, accurate, and true. I understand that if I receive an appointed attorney and make bond, I shall comply with the additional terms and conditions of bond imposed by the Court. I understand that any violation of these conditions may result in my bond being held insufficient and me being returned to custody.

_____
Defendant's Signature

SUBSCRIBED and SWORN to before me, the undersigned authority, this _____ day of _____, 20_____.

BY: _____

         _____    _____
         Printed Name              Title

RECOMMENDATION:
☐ Indigent
☐ Partially Indigent
☐ Does Not Qualify

Verified on _____ by _____.

After reviewing this sworn Affidavit of Indigency, I find that this defendant is indigent under the guidelines of Brazoria County and is entitled to appointment of _____ as his attorney, and as additional conditions of bond, defendant shall (1) keep all appointments with the attorney; (2) attend all court settings on time; and (3) notify the attorney or the attorney's office of any changes in his residence address, business address or telephone numbers within twenty-four (24) hours of such change.

_____ Defendant's Initials

_____          _____
Date                             Judge/Court Administrator/Court Designee

# VERIFICATION AGREEMENT

I do / do not (circle one) authorize the court to verify the financial information given to determine my eligibility by contacting my employer and/or other third parties who can confirm the information provided. I understand that if I do not authorize the court to contact the necessary parties, then I must provide verification of the information in a manner that is acceptable to the court or I will not have an attorney appointed.

_____
Applicant's Signature

SUBSCRIBED and SWORN to before me, the undersigned authority, this _____ day of _____, 20_____

BY: _____

_____
Printed Name                          Title

---

MY EMPLOYMENT INFORMATION:

JOB TITLE: _____
EMPLOYER'S NAME: _____
EMPLOYER'S ADDRESS: _____
SUPERVISOR'S NAME: _____
WORK PHONE: _____
HOURS OF WORK: _____
PAY RATE: _____

MY FINANCIAL INFORMATION:
NAME OF FINANCIAL INSTITUTION: _____
ACCOUNT NUMBER: _____
BALANCE: _____

_____
SIGNATURE OF EMPLOYEE/PERSON
SUBJECT TO FINANCIAL INFORMATION